IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-163-BO

| | |
|---|---|
| TIMOTHY FOWLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | ORDER |

Upon application of Plaintiff and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $6,006.94, sent to Plaintiff's Counsel's office address, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, provided that Plaintiff does not owe a pre-existing debt to the government that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716).

So ordered, this 31 day of October 2014.

JUDGE TERRENCE W. BOYLE
United States District Judge